ARMSTRONG METAL SPECIALTIES, INC., Respondent, v. MCPHAIL CANDY CORPORATION, Appellant.— Appeal from an order of the Supreme Court, Chenango County, denying a motion to set aside a default judgment entered against the defendant on the ground of newly discovered evidence. The alleged newly discovered evidence was clearly within the possession of the defendant and available to it during the pendency of the action and could have been discovered in the exercise of due diligence. Furthermore it is extremely doubtful that such evidence, if admitted, would in any way change the result. Order unanimously affirmed, with $10 costs and printing disbursements. Present — Foster, P. J., Heffernan, Brewster, Deyo and Bergan, JJ.

■

JAMES H. GLADSTONE et al., Respondents, v. LEON KILLIAN et al., Appellants. — Appeal from that part of an order, granted at a Trial and Special Term for Sullivan County which granted a preference for the trial of the above-entitled action. The order was wholly discretionary and nothing has been shown to indicate such an abuse of discretion as would require a reversal. Order unanimously affirmed, with $20 costs and disbursements. Present — Foster, P. J., Heffernan, Brewster, Deyo and Bergan, JJ.

■

JOHN J. GLAVIN, Respondent, v. EARL R. MILLER, Appellant.— Appeal by defendant from an order of the Albany Special Term of the Supreme Court denying an application for summary judgment. Both plaintiff and defendant applied for summary judgment. Plaintiff's action is brought for the purpose of recovering from the defendant for legal services rendered defendant's wife on the theory of necessaries. The Special Term held that questions of fact are involved. Order unanimously affirmed, with $10 costs and disbursements. Present — Foster, P. J., Heffernan, Brewster, Deyo and Bergan, JJ.